UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAN WATER ACTION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BROOKSIDE AUTO PARTS, INC.,<br><br>　　　　　　Defendant. | Case No.: 1:16-cv-10326-NMG |

**THE PARTIES' JOINT MOTION FOR ENTRY OF CONSENT DECREE**

WHEREAS, on August 08, 2016, plaintiff lodged with this Court the fully executed Consent Decree submitted herewith as Exhibit A resolving the above captioned action;

WHEREAS, plaintiff on that day informed the Court that it had mailed copies of the Decree to US EPA and the US Department of Justice, and that the Decree could not be entered by the Court until 45 days after EPA and the Department of Justice had received copies of the Consent Decree;

WHEREAS, on September 26, 2016, the Department of Justice submitted a letter to this Court identifying two typos in the proposed Consent Decree, and stating that the United States has "no objection to the proposed consent judgment;" and

WHERAS, the Parties have corrected the two minor typos identified by the Department of Justice and the corrected proposed Consent Decree is submitted herewith;

WHEREAS, the 45 day review and comment period for this settlement has expired.

THEREFORE, plaintiff and defendant respectfully request that this Court ENTER the fully executed CONSENT DECREE submitted herewith as Exhibit A.

*Motion allowed. NMGorton, USDJ 10/7/16*